Paul Sachelari, CSBN 230083
Law Offices of Francesco Benavides
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596
Tel: (925) 222-7071
Email: paul@sachelarilaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRISTIN DEANNE PARKER,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:25-cv-05763-DTB<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $8,083.94 as authorized by 28 U.S.C. § 2412, and $405.00 in costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.


DATE: October 28, 2025

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE